1  Naomi Jane Gray (SBN 230171)
2  SHADES OF GRAY LAW GROUP, P.C.
   100 Shoreline Highway, Suite 100B
3  Mill Valley, California 94941
   Tel: (415) 746-9260 | Fax: (415) 968-4328
4  ngray@shadesofgray.law

5  *Attorneys for Plaintiff Canon Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| CANON INC., | ) | |
|---|---|---|
| | ) | Case No. 18-cv-1307-JCS |
| Plaintiff, | ) | |
| | ) | **NOTICE OF PENDENCY OF** |
| vs. | ) | **OTHER ACTION INVOLVING** |
| | ) | **SAME PATENT** |
| MASTER PRINT SUPPLIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

   Pursuant to Patent Local Rule 2-1(a), Plaintiff Canon Inc. ("Canon") hereby gives notice that on February 28, 2018, it filed *Canon Inc. v. Global Cartridges,* N.D. Cal. Case No. 18-cv-1305-MEJ (the "Global Cartridges Action").  Both this action and the Global Cartridges Action allege infringement of seven of the seven patents, all titled "Process Cartridge, Electrophotographic Image Forming Apparatus, and Electrophotographic Photosensitive Drum Unit."  This action asserts infringement of two additional patents, both bearing the same title as the aforementioned seven patents.

Dated:  March 1, 2018                              Respectfully submitted,

                                                   */s/ Naomi Jane Gray*
                                                   Naomi Jane Gray (SBN 230171)
                                                   SHADES OF GRAY LAW GROUP, P.C.
                                                   100 Shoreline Highway, Suite 100B
                                                   Mill Valley, California 94941
                                                   Tel: (415) 746-9260 | Fax: (415) 968-4328
                                                   ngray@shadesofgray.law

| | |
|---|---|
| 1 | Of Counsel: |
| 2 | Michael P. Sandonato |
| 3 | Dennis J. McMahon |
|   | Seth E. Boeshore |
| 4 | Andrew J. Kutas |
|   | FITZPATRICK, CELLA, HARPER & SCINTO |
| 5 | 1290 Avenue of the Americas |
|   | New York, New York 10104-3800 |
| 6 | Tel: (212) 218-2100 \| Fax: (212) 218-2200 |
| 7 | msandonato@fchs.com |
|   | dmcmahon@fchs.com |
| 8 | sboeshore@fchs.com |
|   | akutas@fchs.com |
| 9 | |
| 10 | Edmund J. Haughey |
|    | FITZPATRICK, CELLA, HARPER & SCINTO |
| 11 | 975 F Street, NW |
|    | Washington, DC  20004-1462 |
| 12 | Tel: (202) 530-1010 \| Fax: (202) 530-1055 |
|    | ehaughey@fchs.com |
| 13 | |
| 14 | *Attorneys for Plaintiff Canon Inc.* |